IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| TAMMIE MILLER FUHR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14CV478 |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

On July 30, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections [Doc. #17] within the time limit prescribed by Section 636. The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #15], which is affirmed and adopted.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Judgment Reversing the Commissioner [Doc. #10] is DENIED, that the Commissioner's Motion for Judgment on the Pleadings [Doc. #12] is GRANTED, and that this action is DISMISSED WITH PREJUDICE as set out in the Recommendation.

This, the 10th day of September, 2015.

_____
United States District Judge